# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00662-CV

**M. F. R.-E., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 21ST DISTRICT COURT OF BASTROP COUNTY
### NO. 21-20677, THE HONORABLE BENTON ESKEW, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant M. F. R.-E. filed her notice of appeal on September 16, 2022. The appellate record was complete on October 25, 2022, making appellant's brief due on November 14, 2022. On November 9, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Jacob W. Dannen to file appellant's brief no later than November 28, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 15, 2022.

Before Chief Justice Byrne, Justices Triana and Smith